**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **Bankruptcy No. 16-70863-JAD** |
| **Craig E. Casher and** | : |
| **Denise N. Casher,** | : **Chapter 13** |
| Debtors | : |
| | : |

**CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am

over the age of eighteen years old under penalty of perjury that I served or caused to be served,

on the 19th day of January, 2017, a true and correct copy of the Order dated January 18, 2017,

together with the above Husband-Debtor's Local Form No. 12 (with the complete social security

number) by First-Class Mail.  U.S. Postage paid on the Parties below:

> PENN LINE SERVICE, INC.
> 300 SCOTTDALE AVENUE
> SCOTTDALE, PA 15683
>
> CRAIG E. CASHER
> DENISE N. CASHER
> 222 CASHER LANE
> P.O. BOX 102
> MINERAL SPRINGS, PA 16855
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her
> request.

Executed on: <u>January 19, 2017</u>

Respectfully submitted,
   <u>/s/Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors