IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70863-JAD |
| Craig E. Casher and | : | |
| Denise N. Casher, | : | Chapter 13 |
| Debtors | : | |
| | : | Related To Doc. No. 7 |
| Craig E. Casher and | : | |
| Denise N. Casher, | : | |
| Movants | : | |
| vs. | : | |
| No Respondents | : | |

### ORDER

**AND NOW,** to wit this <u>17th</u> day of <u>January,</u> 2017, the Court having considered the within Motion, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that:

1. Debtors shall be and hereby are afforded an extension of time until the end of the day of **January 23, 2017**, within which to file their schedules, statements and related information.

BY THE COURT:

_____   mas
Jeffery A. Deller,
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Craig E. and Denise N. Casher
Kenneth P. Seitz, Esquire
Ronda J. Winnecour, Esquire
Office of Uited States Trustee

FILED
1/17/17 6:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70863-JAD
Craig E Casher                                                        Chapter 13
Denise N Casher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala            Page 1 of 1           Date Rcvd: Jan 17, 2017
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db/jdb         +Craig E Casher,   Denise N Casher,   222 Casher Lane,   P.O. Box 102,
                 Mineral Springs, PA 16855-0102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Kenneth P. Seitz    on behalf of Debtor Craig E Casher thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Denise N Casher thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4