**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/30/2021

IN RE:

CRAIG E CASHER
DENISE N CASHER
222 CASHER LANE
P.O. BOX 102
MINERAL SPRINGS, PA 16855
XXX-XX-7297            Debtor(s)

XXX-XX-4563

Case No. 16-70863 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/30/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 18,900.00<br>COMMENT: $/CL1 GOV@5%MDF@PMT/TEE*18725@5%MDF/PL*W/40 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1986 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: CL2 GOV*PMT/DECL*1367/PL@M AND T BANK*DK4LMT*BGN 1/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9968 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **APEX ASSET MANAGEMENT**<br>PO BOX 7044<br>LANCASTER, PA 17604 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUBOIS RGNL MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4420 |
| **APEX ASSET MANAGEMENT**<br>PO BOX 7044<br>LANCASTER, PA 17604 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS MDCL GRP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9778 |
| **APEX ASSET MANAGEMENT**<br>PO BOX 7044<br>LANCASTER, PA 17604 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUBOIS RGNL MDCL GRP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9840 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0989 |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br>ST CHARLES, MO 63301-4047 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BOA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2229 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6408 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,658.66<br>COMMENT: BON TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6867 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 316.12<br>COMMENT: VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2255 |
| **CREDIT CONTROL COLLECTIONS++**<br>POB 72*<br><br>ALTOONA, PA 16603 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8012 |
| **CREDIT CONTROL COLLECTIONS++**<br>POB 72*<br><br>ALTOONA, PA 16603 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: VARIOUS ACCNTS~CLEARFILED HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NITTANY ANESTHESIA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9272 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 2,144.74<br>COMMENT: 8781/SCH*WEBBANK-DELL FINANCIAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9828 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,373.72<br>COMMENT: 1373~NO$/SCH*KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3075 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 1,307.43<br>COMMENT: 0526/SCH*SYNCHRONY BANK~AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9478 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 2,110.35<br>COMMENT: 1388/SCH*SYNCHRONY BANK~WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1388 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 293.15<br>COMMENT: NO ACCT/SCH*PEEBLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6408 |
| **PENELEC/FIRST ENERGY\*\***<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 142.24<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3059 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UOC SRGCL SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5386 |
| **PENN CREDIT CORP++**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0440 |
| **PENN HIGHLANDS BROOKVILLE**<br>100 HOSPITAL RD<br><br>BROOKVILLE, PA 15825 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 635H |
| **PENN HIGHLANDS CLEARFIELD**<br>809 TURNPIKE AVE<br>PO BOX 992<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 731H |
| **PENN HIGHLANDS CLEARFIELD**<br>809 TURNPIKE AVE<br>PO BOX 992<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 308H |
| **PENN HIGHLANDS CLEARFIELD**<br>809 TURNPIKE AVE<br>PO BOX 992<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 955H |
| **SYSTEMS & SERVICES TECHNOLOGIES INC(\*)**<br>ATTN: BANKRUPTCY DEPT<br>POB 3999*<br>ST JOSEPH, MO 64503 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 2,612.41<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7389 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 861.23<br>COMMENT: SYNCHORNY BANK~AEO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5909 |

| Creditor | Claim Info | Description |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 532.77<br>COMMENT: SYNCHRONY BANK~AEO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3246 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 354.80<br>COMMENT: 6895/SCH*SYNCHRONY BANK~CARE CREDIT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3592 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 78.22<br>COMMENT: GEMB~PAYPAL*NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8414 |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3949 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3522 |
| **DUBOIS REGIONAL MEDICAL CENTER**<br>POB 447<br>DUBOIS, PA 15801 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HIGHLANDS CLEARFIELD**<br>809 TURNPIKE AVE<br>PO BOX 992<br>CLEARFIELD, PA 16830 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNIVERSITY ORTHOPEDICS**<br>101 REGENT CT<br>STATE COLLEGE, PA 16801 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 2,102.03<br>COMMENT: NO GEN UNS/SCH*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1986 |

| Creditor | Trustee Claim Info | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 10,407.32<br>COMMENT: CL2 GOV*11k@M AND T BANK/PL*THRU 12/16 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9968 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 3-2 | CLAIM: 36,387.86<br>COMMENT: NT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4563 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 425.00<br>COMMENT: NT PROV/PL*NTC POSTPET FEES/EXP*REF CL*W/41 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9968 |
| **NELNET**<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: US DEPT OF EDUCATIN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 507.34<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 61.67<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5647 |
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA 30076-2102 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |