FILED
1/18/22 1:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Craig E. Casher<br>Denise Casher<br>      Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s)<br>      vs.<br>Craig E. Casher<br>Denise Casher<br>      Respondent(s) | Case No. 16-70863-JAD<br>Chapter 13<br>Related to ECF # 41 |

NOTICE OF ZOOM HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Hearing** on the Trustee's motion will be held on **February 16, 2022, at 10:00 a.m. before Judge Jeffery A. Deller.** Parties wishing to appear by Zoom shall make arrangements as directed by Judge Jeffery A. Deller's Zoom Procedures at **http://www/pawb.uscourts.gov/content/judge-jeffery-deller**. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **February 7, 2022.**

| | |
|---|---|
| 1/18/2022<br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D. #30399)<br>Attorney and Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 16-70863-JAD

Craig E Casher   Chapter 13

Denise N Casher

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Jan 18, 2022      Form ID: pdf900      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig E Casher, Denise N Casher, 222 Casher Lane, P.O. Box 102, Mineral Springs, PA 16855-0102 |
| 14343264 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14343265 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14343271 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 14343274 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14343275 | + | DuBois Regional Medical Group, 300 East Main Street, Reynoldsville, PA 15851-1282 |
| 14343276 | + | KML Law Group, P.C., Attn: Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15329115 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14343279 | + | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14343282 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14343283 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14343284 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14343285 | + | Penn Highlands Clearfield, 809 Turnpike Avenue, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14343286 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 14343287 | + | SST, 4315 Pickett Road, P.O. Box 3997, Saint Joseph, MO 64503-0997 |
| 14343294 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14343295 | + | University Orthopedic & Sports Medicine, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Jan 19 2022 03:53:00 | US Department of Ed c/o Nelnet, 121 S. 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14343263 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 19 2022 03:53:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3900, Fort Worth, TX 76102 |
| 14344840 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 19 2022 03:53:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14401686 | | Email/PDF: ebn_ais@aisinfo.com | Jan 19 2022 04:04:57 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14391331 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 04:05:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14415982 | + | Email/Text: bankruptcy@cavps.com | Jan 19 2022 03:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14343267 | + | Email/Text: mediamanagers@clientservices.com | Jan 19 2022 03:53:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14343268 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 03:53:00 | Comenity Bank, P.O. Box 659465, San Antonio, |

Case 16-70863-JAD    Doc 44    Filed 01/20/22    Entered 01/21/22 00:28:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 78265-9465 |
| 14343269 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 03:53:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14343270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 03:53:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14343272 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 19 2022 03:53:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14343273 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 19 2022 04:04:59 | Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708 |
| 14343266 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 19 2022 04:04:56 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14343277 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2022 03:53:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14343278 | | Email/Text: camanagement@mtb.com | Jan 19 2022 03:53:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14356789 | | Email/Text: camanagement@mtb.com | Jan 19 2022 03:53:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14399235 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2022 03:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14343280 | | Email/Text: paparalegals@pandf.us | Jan 19 2022 03:53:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14415973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 19 2022 04:04:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343281 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 03:53:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14378192 | | Email/Text: bnc-quantum@quantum3group.com | Jan 19 2022 03:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14418596 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:04:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343288 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:04:56 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14343289 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:04:56 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14343290 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:05:00 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14343291 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:05:00 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14343292 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:04:58 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14343293 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 19 2022 04:05:00 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14412040 | + | Email/Text: bankruptcysst@alorica.com | Jan 19 2022 03:53:00 | Systems & Services Technologies, Inc., 4315 Pickett Road, St. Joseph, Missouri 64503-1600 |
| 14366369 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 19 2022 03:53:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14343294 | + | Email/Text: BAN5620@UCBINC.COM | Jan 19 2022 03:53:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14348347 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Craig E Casher thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Denise N Casher thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5