Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Craig E Casher
Denise N Casher**
Debtor(s)

Bankruptcy Case No.: 16−70863−JAD

Chapter: 13
Docket No.: 56 − 55

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of March, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/16/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/25/22 at 11:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/16/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craig E Casher  
Denise N Casher  
    Debtors

Case No. 16-70863-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3  
Date Rcvd: Mar 28, 2022      Form ID: 408v      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig E Casher, Denise N Casher, 222 Casher Lane, P.O. Box 102, Mineral Springs, PA 16855-0102 |
| 14343264 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14343265 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14343271 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 14343274 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14343275 | + | DuBois Regional Medical Group, 300 East Main Street, Reynoldsville, PA 15851-1282 |
| 14343276 | + | KML Law Group, P.C., Attn: Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15329115 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14343282 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14343283 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14343284 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14343285 | + | Penn Highlands Clearfield, 809 Turnpike Avenue, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14343286 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 14343287 | + | SST, 4315 Pickett Road, P.O. Box 3997, Saint Joseph, MO 64503-0997 |
| 14343295 | + | University Orthopedic & Sports Medicine, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Mar 28 2022 23:39:00 | US Department of Ed c/o Nelnet, 121 S. 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14343263 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2022 23:39:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3900, Fort Worth, TX 76102 |
| 14344840 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2022 23:39:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14401686 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 23:41:29 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14391331 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14415982 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2022 23:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14343267 | + | Email/Text: mediamanagers@clientservices.com | Mar 28 2022 23:38:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14343268 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Comenity Bank, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14343269 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | |
|---|---|---|---|
| | | Mar 28 2022 23:39:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14343270 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14343272 | + Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2022 23:39:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14343273 | Email/PDF: DellBKNotifications@resurgent.com | Mar 28 2022 23:41:21 | Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708 |
| 14343266 | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2022 23:41:34 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14343277 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2022 23:38:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14343278 | Email/Text: camanagement@mtb.com | Mar 28 2022 23:39:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14356789 | Email/Text: camanagement@mtb.com | Mar 28 2022 23:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14399235 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14343279 | + Email/Text: ngisupport@radiusgs.com | Mar 28 2022 23:39:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14343280 | Email/Text: paparalegals@pandf.us | Mar 28 2022 23:39:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14415973 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343281 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14378192 | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14418596 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343288 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14343289 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:19 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14343290 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:27 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14343291 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14343292 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:20 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14343293 | + Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14412040 | + Email/Text: bankruptcysst@alorica.com | Mar 28 2022 23:38:00 | Systems & Services Technologies, Inc., 4315 Pickett Road, St. Joseph, Missouri 64503-1600 |
| 14366369 | + Email/Text: electronicbkydocs@nelnet.net | Mar 28 2022 23:39:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14343294 | + Email/Text: BAN5620@UCBINC.COM | Mar 28 2022 23:39:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14348347 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Craig E Casher thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Denise N Casher thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5