**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CRAIG E CASHER<br>DENISE N CASHER<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-70863 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/30/2016 and confirmed on 2/23/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 138,468.23 |
| Less Refunds to Debtor | 1,991.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 136,476.82 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,648.00 | |
|    Trustee Fee | 6,168.89 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,816.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 84,646.74 | 0.00 | 84,646.74 |
|     Acct: 9968 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 10,407.32 | 10,407.32 | 0.00 | 10,407.32 |
|     Acct: 9968 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 18,900.00 | 18,900.00 | 2,627.20 | 21,527.20 |
|     Acct: 1986 | | | | |
| | | | | 116,581.26 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CRAIG E CASHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CRAIG E CASHER | 1,991.41 | 1,991.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 425.00 | 425.00 | 0.00 | 425.00 |
|     Acct: 9968 | | | | |
| | | | | 425.00 |
| **Unsecured** | | | | |
|   APEX ASSET MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4420 | | | | |
|   APEX ASSET MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9778 | | | | |
|   APEX ASSET MANAGEMENT++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9840 | | | | |
|   CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0989 | | | | |
|   CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2229 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 6408 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 1,658.66 | 303.00 | 0.00 | 303.00 |
| | Acct: 6867 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 316.12 | 57.75 | 0.00 | 57.75 |
| | Acct: 2255 | | | | |
| | CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8012 | | | | |
| | CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9272 | | | | |
| | MIDLAND FUNDING LLC | 2,144.74 | 391.80 | 0.00 | 391.80 |
| | Acct: 9828 | | | | |
| | CAPITAL ONE NA** | 1,373.72 | 250.95 | 0.00 | 250.95 |
| | Acct: 3075 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,307.43 | 238.84 | 0.00 | 238.84 |
| | Acct: 9478 | | | | |
| | MIDLAND FUNDING LLC | 2,110.35 | 385.52 | 0.00 | 385.52 |
| | Acct: 1388 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 293.15 | 53.55 | 0.00 | 53.55 |
| | Acct: 6408 | | | | |
| | PENELEC/FIRST ENERGY** | 142.24 | 25.98 | 0.00 | 25.98 |
| | Acct: 3059 | | | | |
| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5386 | | | | |
| | PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0440 | | | | |
| | PENN HIGHLANDS BROOKVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 635H | | | | |
| | PENN HIGHLANDS CLEARFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 731H | | | | |
| | PENN HIGHLANDS CLEARFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 308H | | | | |
| | PENN HIGHLANDS CLEARFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 955H | | | | |
| | SYSTEMS & SERVICES TECHNOLOGIES I | 2,612.41 | 477.24 | 0.00 | 477.24 |
| | Acct: 7389 | | | | |
| | MIDLAND FUNDING LLC | 861.23 | 157.33 | 0.00 | 157.33 |
| | Acct: 5909 | | | | |
| | MIDLAND FUNDING LLC | 532.77 | 97.33 | 0.00 | 97.33 |
| | Acct: 3246 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 354.80 | 64.81 | 0.00 | 64.81 |
| | Acct: 3592 | | | | |
| | SYNCHRONY BANK | 78.22 | 14.29 | 0.00 | 14.29 |
| | Acct: 8414 | | | | |
| | UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3949 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA | 2,102.03 | 384.00 | 0.00 | 384.00 |
| | Acct: 1986 | | | | |
| | US DEPARTMENT OF EDUCATION | 36,387.86 | 6,647.33 | 0.00 | 6,647.33 |
| | Acct: 4563 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 507.34 | 92.68 | 0.00 | 92.68 |
| | Acct: 0001 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 61.67 | 11.27 | 0.00 | 11.27 |
| | Acct: 5647 | | | | |
| | AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3522 | | | | |
| | DUBOIS REGIONAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HIGHLANDS CLEARFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIVERSITY ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 9,653.67 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 126,659.93 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 425.00 |
| SECURED | 29,307.32 |
| UNSECURED | 52,844.74 |

Date: 03/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CRAIG E CASHER
    DENISE N CASHER
              Debtor(s)

    Ronda J. Winnecour
            Movant
              vs.
    No Repondents.

Case No.:16-70863 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70863-JAD |
| Craig E Casher | Chapter 13 |
| Denise N Casher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig E Casher, Denise N Casher, 222 Casher Lane, P.O. Box 102, Mineral Springs, PA 16855-0102 |
| 14343264 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14343265 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14343271 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 14343274 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14343275 | + | DuBois Regional Medical Group, 300 East Main Street, Reynoldsville, PA 15851-1282 |
| 14343276 | + | KML Law Group, P.C., Attn: Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15329115 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14343282 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14343283 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14343284 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14343285 | + | Penn Highlands Clearfield, 809 Turnpike Avenue, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14343286 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 14343287 | + | SST, 4315 Pickett Road, P.O. Box 3997, Saint Joseph, MO 64503-0997 |
| 14343295 | + | University Orthopedic & Sports Medicine, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Mar 28 2022 23:39:00 | US Department of Ed c/o Nelnet, 121 S. 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14343263 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2022 23:39:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3900, Fort Worth, TX 76102 |
| 14344840 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 28 2022 23:39:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14401686 | | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2022 23:41:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14391331 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2022 23:41:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14415982 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2022 23:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14343267 | + | Email/Text: mediamanagers@clientservices.com | Mar 28 2022 23:38:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14343268 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Comenity Bank, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14343269 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 28 2022 23:39:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14343270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14343272 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 28 2022 23:39:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14343273 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 28 2022 23:41:22 | Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708 |
| 14343266 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 28 2022 23:41:26 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14343277 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2022 23:38:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14343278 | | Email/Text: camanagement@mtb.com | Mar 28 2022 23:39:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14356789 | | Email/Text: camanagement@mtb.com | Mar 28 2022 23:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14399235 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2022 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14343279 | + | Email/Text: ngisupport@radiusgs.com | Mar 28 2022 23:39:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14343280 | | Email/Text: paparalegals@pandf.us | Mar 28 2022 23:39:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14415973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2022 23:41:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343281 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 28 2022 23:39:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14378192 | | Email/Text: bnc-quantum@quantum3group.com | Mar 28 2022 23:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14418596 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343288 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:19 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14343289 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:37 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14343290 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:36 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14343291 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:27 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14343292 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:35 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14343293 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2022 23:41:36 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14412040 | + | Email/Text: bankruptcysst@alorica.com | Mar 28 2022 23:38:00 | Systems & Services Technologies, Inc., 4315 Pickett Road, St. Joseph, Missouri 64503-1600 |
| 14366369 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 28 2022 23:39:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14343294 | + | Email/Text: BAN5620@UCBINC.COM | Mar 28 2022 23:39:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14348347 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 30, 2022                                 Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Craig E Casher thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Denise N Casher thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5