| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Craig E Casher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7297<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Denise N Casher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4563<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   16–70863–JAD | | |

## Order of Discharge                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Craig E Casher                                       Denise N Casher

<u>5/18/22</u>                                          **By the court:** <u>Jeffery A. Deller</u>
                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                         **Chapter 13 Discharge**                         page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70863-JAD |
| Craig E Casher | Chapter 13 |
| Denise N Casher | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig E Casher, Denise N Casher, 222 Casher Lane, P.O. Box 102, Mineral Springs, PA 16855-0102 |
| 14343264 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14343271 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 14343274 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14343275 | + | DuBois Regional Medical Group, 300 East Main Street, Reynoldsville, PA 15851-1282 |
| 14343276 | + | KML Law Group, P.C., Attn: Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15329115 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14343282 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14343283 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14343284 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14343285 | + | Penn Highlands Clearfield, 809 Turnpike Avenue, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14343286 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 14343287 | + | SST, 4315 Pickett Road, P.O. Box 3997, Saint Joseph, MO 64503-0997 |
| 14343295 | + | University Orthopedic & Sports Medicine, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: electronicbkydocs@nelnet.net | May 18 2022 23:36:00 | US Department of Ed c/o Nelnet, 121 S. 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14343263 | | EDI: PHINAMERI.COM | May 19 2022 03:33:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3900, Fort Worth, TX 76102 |
| 14344840 | + | EDI: PHINAMERI.COM | May 19 2022 03:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14401686 | | EDI: AIS.COM | | |

Case 16-70863-JAD   Doc 63   Filed 05/20/22   Entered 05/21/22 00:25:22   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14343264 | ^ | MEBN | May 19 2022 03:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14343265 | | EDI: BANKAMER.COM | May 18 2022 23:32:17 | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14391331 | | Email/PDF: bncnotices@becket-lee.com | May 19 2022 03:33:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14415982 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 23:33:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343267 | + | Email/Text: mediamanagers@clientservices.com | May 18 2022 23:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14343268 | + | EDI: WFNNB.COM | May 18 2022 23:35:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 14343269 | + | EDI: WFNNB.COM | May 19 2022 03:33:00 | Comenity Bank, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14343270 | + | EDI: WFNNB.COM | May 19 2022 03:33:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14343272 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 19 2022 03:33:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| | | | May 18 2022 23:36:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14343273 | | Email/PDF: DellBKNotifications@resurgent.com | May 18 2022 23:33:54 | Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708 |
| 14343266 | | EDI: JPMORGANCHASE | May 19 2022 03:33:00 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14343277 | + | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:35:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14343278 | | Email/Text: camanagement@mtb.com | May 18 2022 23:36:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14356789 | | Email/Text: camanagement@mtb.com | May 18 2022 23:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14399235 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14343279 | + | EDI: PINNACLE.COM | May 19 2022 03:33:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14343280 | | Email/Text: paparalegals@pandf.us | May 18 2022 23:36:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14415973 | | EDI: PRA.COM | May 19 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343281 | + | EDI: WFNNB.COM | May 19 2022 03:33:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14378192 | | EDI: Q3G.COM | May 19 2022 03:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14418596 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343288 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14343289 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14343290 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank/Care Credit, P.O. Box 960061, |

Case 16-70863-JAD    Doc 63    Filed 05/20/22    Entered 05/21/22 00:25:22    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-0061 |
| 14343291 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14343292 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14343293 | + | EDI: RMSC.COM | May 19 2022 03:33:00 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14412040 | + | Email/Text: bankruptcysst@alorica.com | May 18 2022 23:35:00 | Systems & Services Technologies, Inc., 4315 Pickett Road, St. Joseph, Missouri 64503-1600 |
| 14366369 | + | Email/Text: electronicbkydocs@nelnet.net | May 18 2022 23:36:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14343294 | + | Email/Text: BAN5620@UCBINC.COM | May 18 2022 23:36:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14348347 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Craig E Casher thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Denise N Casher thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 User: auto Page 4 of 4
Date Rcvd: May 18, 2022 Form ID: 3180W Total Noticed: 49

cmecf@chapter13trusteewdpa.com

TOTAL: 5