IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/18/22 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CRAIG E CASHER
DENISE N CASHER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-70863 JAD

Chapter 13

Related to ECF No. 55

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this \_\_\_\_18th_____ day of \_\_\_\_\_May_____, 20**22**\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_[signature]_  jah
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Craig E Casher  
Denise N Casher  
    Debtors

Case No. 16-70863-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig E Casher, Denise N Casher, 222 Casher Lane, P.O. Box 102, Mineral Springs, PA 16855-0102 |
| 14343264 | + | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14343271 | + | Credit Control Collections, 2410 Broad Avenue, Altoona, PA 16601-1940 |
| 14343274 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14343275 | + | DuBois Regional Medical Group, 300 East Main Street, Reynoldsville, PA 15851-1282 |
| 14343276 | + | KML Law Group, P.C., Attn: Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15329115 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14343282 | + | Penelec, c/o FirstEnergy, 101 Crawford's Corner Rd., Bldg. #1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 14343283 | + | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |
| 14343284 | + | Penn Highlands Brookville, 100 Hospital Road, Brookville, PA 15825-1367 |
| 14343285 | + | Penn Highlands Clearfield, 809 Turnpike Avenue, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14343286 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 14343287 | + | SST, 4315 Pickett Road, P.O. Box 3997, Saint Joseph, MO 64503-0997 |
| 14343295 | + | University Orthopedic & Sports Medicine, 101 Regent Court, State College, PA 16801-7965 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | May 18 2022 23:36:00 | US Department of Ed c/o Nelnet, 121 S. 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 14343263 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 18 2022 23:36:00 | AmeriCredit Financial Services, 801 Cherry Street, Suite 3900, Fort Worth, TX 76102 |
| 14344840 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 18 2022 23:36:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14401686 | | Email/PDF: ebn_ais@aisinfo.com | May 18 2022 23:33:54 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14343264 | ^ | MEBN | May 18 2022 23:32:17 | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14343265 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2022 23:35:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14391331 | | Email/PDF: bncnotices@becket-lee.com | May 18 2022 23:33:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14415982 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 23:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14343267 | + | Email/Text: mediamanagers@clientservices.com | May 18 2022 23:35:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 14343268 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:36:00 | Comenity Bank, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14343269 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:36:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 14343270 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:36:00 | Comenity-Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14343272 | + Email/Text: bdsupport@creditmanagementcompany.com | May 18 2022 23:36:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14343273 | Email/PDF: DellBKNotifications@resurgent.com | May 18 2022 23:33:38 | Dell Financial Services, c/o DFS Customer Care Dept., P.O. Box 81577, Austin, TX 78708 |
| 14343266 | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2022 23:33:52 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14343277 | + Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 23:35:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14343278 | Email/Text: camanagement@mtb.com | May 18 2022 23:36:00 | M&T Bank, Lending Services, Customer Support, P.O. Box 900, Millsboro, DE 19966 |
| 14356789 | Email/Text: camanagement@mtb.com | May 18 2022 23:36:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14399235 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 23:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14343279 | + Email/Text: ngisupport@radiusgs.com | May 18 2022 23:36:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14343280 | Email/Text: paparalegals@pandf.us | May 18 2022 23:36:00 | Patenaude & Felix, A.P.C., c/o Gregg L. Morris, Esquire, 213 East Main Street, Carnegie, PA 15106 |
| 14415973 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14343281 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:36:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14378192 | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14418596 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343288 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | Synchrony Bank/AEO, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14343289 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14343290 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14343291 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14343292 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | Synchrony Bank/Pay Pal Smart Conn, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14343293 | + Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Synchrony Bank/Walmart, P.O. Box 530927, Atlanta, GA 30353-0927 |
| 14412040 | + Email/Text: bankruptcysst@alorica.com | May 18 2022 23:35:00 | Systems & Services Technologies, Inc., 4315 Pickett Road, St. Joseph, Missouri 64503-1600 |
| 14366369 | + Email/Text: electronicbkydocs@nelnet.net | May 18 2022 23:36:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |

Case 16-70863-JAD    Doc 64    Filed 05/20/22    Entered 05/21/22 00:25:22    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| 14343294 | + Email/Text: BAN5620@UCBINC.COM | | |
|---|---|---|---|
| | | May 18 2022 23:36:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14348347 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Craig E Casher thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Denise N Casher thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5